UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PERRY WASHINGTON, | Case Nos. 1:14-cv-00282-SKO-HC |
| --- | --- |
| Petitioner, | 1:14-CV-00130-AWI-JLT-HC |
| v. | ORDER CONSTRUING PETITION AS A MOTION TO AMEND (DOC. 1) |
| FRESNO COUNTY SHERIFF, | ORDER DIRECTING THE CLERK TO FILE DOC. 1 INTO CASE NO. 1:14-cv-00130-AWI-JLT-HC AS A MOTION TO AMEND (DOC. 1) |
| Respondent. | |
| | ORDER TERMINATING CASE |

Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303.  Pending before the Court is the petition, which was filed on February 28, 2014.

I. Background

The petition challenges conditions at the Fresno County Jail, the institution at which Petitioner is confined, including denial of health care via denial of access to medical, service, and grievance forms; beatings by inmates and sheriff's officers; and refusal to

1

provide medical care for a variety of medical conditions allegedly suffered by Petitioner.

Review of court records[1] reveals that Petitioner has a petition pending in the case of Perry Washington v. Fresno County Sheriff, case number 1:14-cv-00130-AWI-JLT-HC, in which Petitioner challenges the same conditions and raises essentially the same claims.

In Woods v. Carey, 525 F.3d 886 (9th Cir. 2008), the court held that a petition filed before a prior petition has been adjudicated should be considered a motion to amend the prior petition rather than a second or successive petition. Therefore, the instant petition should and will be construed as a motion to amend the petition in the prior case. The pleading will be ordered re-filed in the prior case, and the instant case will be closed.

II. Disposition

Accordingly, IT IS HEREBY ORDERED:

1) The petition for writ of habeas corpus in this case is CONSTRUED as a motion to amend the petition in case number 1:14-cv-00130-AWI-JLT-HC; and

2) The Clerk of Court is DIRECTED to file the instant petition (Doc. 1) as a motion to amend in Case No. 1:14-cv-00130-AWI-JLT-HC;

///
///
///
///

---

[1] This Court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue." U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc., 971 F.2d 244 (9th Cir.1992); see also MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980). Accordingly, the Court takes judicial notice of the docket and pleadings in Perry Washington v. Fresno County Sheriff, case number 1:14-cv-00130-AWI-JLT-HC.

2

and

    3) The Clerk of Court is DIRECTED to terminate this case.

IT IS SO ORDERED.

    Dated: **March 5, 2014**         **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE